UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION



FILED
APR 13 2021
Clerk, U. S. District Court
Eastern District of Tennessee
At Greeneville

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | 2:21-CR-24 |
| v. | ) | JUDGE Greer |
| | ) | |
| ETHAN STINSON | ) | TO BE SEALED |

## MOTION TO SEAL

COMES NOW, the United States of America, by and through the United States Attorney for the Eastern District of Tennessee, and hereby moves to seal all documents in this case, including the Motion to Seal, until such time as the defendant has made an initial appearance before the court, at which time the file may be unsealed unless the court otherwise orders. The sealing of this file should not prevent disclosure of the indictment to duly authorized law enforcement officers or the United States Marshals for purposes of arrest or apprehension of the named defendant.

Respectfully submitted, this the 13th day of April, 2021.

FRANCIS M. HAMILTON, III
Acting United States Attorney

By: *s/Thomas McCauley*
THOMAS MCCAULEY
Assistant United States Attorney
TN BPR#035250
220 West Depot Street
Greeneville, TN 37743
423/639-6759
Thomas.McCauley@usdoj.gov