UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ETHAN STINSON, )<br>)<br>Defendant. ) | **2:21-CR-24** |

## **ORDER**

During Defendant's change of plea and sentencing hearing in case number 2:22-CR-106, the Government made an oral motion to dismiss this action with prejudice. In accordance with applicable law, the Government's oral motion to dismiss the indictment with prejudice is **GRANTED**.

SO ORDERED:

/s Cynthia Richardson Wyrick
United States Magistrate Judge